IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR11 |
| vs. | ) | |
| | ) | ORDER |
| SALVADOR FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion for Special Trial Setting (#31). For good cause shown, the case will be given a special trial setting for December 19-20, 2005.

**IT IS ORDERED** that defendant's motion (#31) is granted, as follows:

1. Trial of this matter is continued from December 6, 2005 to **Monday, December 19, 2005**.

    • Trial will commence at 9:00 a.m., before District Judge Laurie Smith Camp, in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

    • It is anticipated that this trial will last approximately two days.

    • A Pretrial Conference, beginning at 8:30 a.m., will be held in Judge Smith Camp's Chambers on that same day, prior to the start of trial.

    • Counsel is advised that street clothes must be provided for the defendant in any trial proceedings. Counsel shall deliver the clothes to the United States Marshal's office prior to the 8:30 a.m. pretrial conference in chambers.

2. The ends of justice will be served by granting defendant's motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **December 6, 2005 and December 19, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reasons set out in defendant's motion, and considering the due diligence of counsel. Failure to deny this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    **DATED November 23, 2005.**

                                            BY THE COURT:

                                            s/ F.A. Gossett
                                            **United States Magistrate Judge**